Eastern District of Kentucky
**F I L E D**
SEP 2 3 2014
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

Civil Action No. 13-128-HRW

VICKI LYNN MOORE,                                              PLAINTIFF,

v.                         **JUDGMENT**

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL SECURITY,                    DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.      pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.      the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.      this action is **STRICKEN** from the active docket of the Court.

This 23rd day of September, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge